UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Samuel Coleson JR.
(full name of the plaintiff or petitioner applying (each person
must submit a separate application))

17 CV 5381

CV                    (    )  (    )

-against-

(Provide docket number, if available; if filing this with
your complaint, you will not yet have a docket number.)

Qualitest Pharmaceutical
manufacture 130 Vintage DR Huntsville AL) see attachment for additional defend
(full name(s) of the defendant(s)/respondent(s)) defendants.

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1.  *Are you incarcerated?*   ☐ Yes   ☑ No   (If "No," go to Question 2.)
    I am being held at: _____

    Do you receive any payment from this institution?  ☐ Yes  ☑ No

    Monthly amount: _____

    If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2.  Are you presently employed?   ☐ Yes   ☑ No

    If "yes," my employer's name and address are:


    Gross monthly pay or wages: _____

    If "no," what was your last date of employment?  __2008__

    Gross monthly wages at the time: _____

3.  In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

    (a) Business, profession, or other self-employment   ☐ Yes   ☑ No
    (b) Rent payments, interest, or dividends            ☐ Yes   ☑ No

SDNY Rev: 8/5/2015

(c) Pension, annuity, or life insurance payments ☐ Yes ☑ No
(d) Disability or worker's compensation payments ☑ Yes ☐ No
(e) Gifts or inheritances ☐ Yes ☐ No
(f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) ☑ Yes ☐ No
(g) Any other sources ☐ Yes ☐ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

• SSI. $822.00 a month.
• Food Stamps. $190.00 A month.

If you answered "No" to all of the questions above, explain how you are paying your expenses:

4. How much money do you have in cash or in a checking, savings, or inmate account?
I have $20.00 in a checking Acct.

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value: NO

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense: NO

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18): know none

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable: NO

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

July, 14, 2017
Dated

Samuel Coleson Jr
Signature

Coleson, Samuel JR.
Name (Last, First, MI)

Prison Identification # (if incarcerated)

E465 188 Street po.box 1004   Bronx   New York   10458   p.o. Box 1004
Address    City    State    Zip Code

347-928-9302
Telephone Number

Scoleson jr @ yahoo.com
E-mail Address (if available)

IFP Application, page 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------X

| | |
|---|---|
| Samuel Coleson jr. | X |
| Plaintif. | X     INDEX NO# |
| Pro se | X     Complaint |
| -Against- | X |
| Qualitest Pharmaceutical | X |
| Manufacture 130 Vintage Dr. | X |
| Huntsville AL. | X |
| Endo Pharmaceutical | X |
| 1400 Atwater Drive Malvern | X |
| PA 19355. | X |
| Par medical. | X |
| Teva  Pharmaceutical USA. | X |
| | X |
| Defendants, | X |

-------------------------------------------------------- X

## TO THE SUPREME COURT OF THE STATE OF NEW YORK.

THE COMPLIANT OF PLAINTIFF Samuel Coleson Jr respectfully Show potential for compensation. I'm suing Teva Pharmaceutical's, Qualitest Pharmaceutical Manufacture 130 Vintage Dr. Huntsville AL 35811 USA Pharmaceutical USA and subsidiary of Endo Pharmaceuticals for $50 million dollars for injuring me with Rispridone that was manufactured from the defendant's The plaintiff herein, Samuel Coleson jr is a resident of the state of New York, Samuel Coleson jr resides at 465 E 188 STREET Bronx New York 10458 P.O. BOX 1004. The defendant's Qualitest Pharmaceutical Manufacturer 130 Vintage Dr. Huntsville AL 35811 USA and Teva Pharmaceutical INC. and has a principal place of business at 099 Horsham RD North Wales PA 19454 and various areas from distribution to marketing to manufacturing the Risperidone I ingested.